In the Matter of the Application of James W. Kerwin, an Infant, by Patrick T. Kerwin, His Guardian ad Litem, Respondent.

William S. Brady, Appellant.

(Submitted January 27, 1936; decided January 31, 1936.)

*Leo O. Coupe* and *Henry F. Coupe* for motion.
No one opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, without prejudice to a motion for reargument of motion for leave to appeal at the Appellate Division. The order is not a final order determining a special proceeding. (Cf. *Matter of Attorney-General*, 155 N. Y. 441.)